914

No. 76-1855. SPENCER PRESS, INC. *v.* KURTZ, COMMISSIONER OF INTERNAL REVENUE. Affirmed on appeal from D. C. Mass. MR. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 76-6870. SCHNEIDER ET AL. *v.* McNUTT, DIRECTOR, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL. Affirmed on appeal from D. C. W. D. Wash.

No. 76-1809. SCOTT *v.* BENN ET AL. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 77-395. BULLION *v.* CITY OF PHILADELPHIA. Appeal from Pa. Commw. Ct. dismissed for want of substantial federal question.

No. 77-5009. HALL *v.* HALL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 77-5055. D. *v.* JUVENILE DEPARTMENT OF MULTNOMAH COUNTY. Appeal from Ct. App. Ore. dismissed for want of substantial federal question.

No. 77-18. OSCEOLA *v.* KUYKENDALL ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction. MR. JUSTICE STEWART, MR. JUSTICE WHITE, MR. JUSTICE POWELL, and MR. JUSTICE REHNQUIST concur. See *MTM, Inc.* v. *Baxley,* 420 U. S. 799 (1975), and *Gonzalez* v. *Automatic Employees Credit Union,* 419 U. S. 90 (1974). THE CHIEF JUSTICE, MR. JUSTICE BRENNAN, and MR. JUSTICE STEVENS would affirm the judgment.